IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

    Plaintiff,

v.

COLLEEN TRUDEN, individually and as the District Attorney for the Ninth Judicial District,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

On February 8, 2006, the parties filed a **Stipulation for Dismissal of Claims Against the Office of the District Attorney for the Ninth Judicial District** [#18]. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Claims Against the Office of the District Attorney for the Ninth Judicial District** [#18], filed on February 8, 2006, is **APPROVED**;

2. That this action is **DISMISSED WITHOUT PREJUDICE** with the parties to pay their own attorney fees and costs; and

3.  That any pending motion is **DENIED** as moot.

Dated February 9, 2006, at Denver, Colorado.

                                **BY THE COURT:**

                                **s/ Robert E. Blackburn**
                                **Robert E. Blackburn**
                                **United States District Judge**

Case 1:05-cv-02300-REB-BNB   Document 19   Filed 02/09/2006   Page 2 of 2