IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Case No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

    Plaintiff,

v.

COLLEEN TRUDEN, individually and as the District Attorney for the Ninth Judicial
District,

    Defendant.

ORDER OF DISMISSAL
AS TO DEFENDANT COLLEEN TRUDEN AS THE
DISTRICT ATTORNEY FOR THE NINTH JUDICIAL DISTRICT

**Blackburn, J.**

On February 13, 2006, the parties filed a **Stipulation for Dismissal of Claims Against Colleen Truden as the District Attorney for the Ninth Judicial District** [#22]. After review of the stipulation and the file, the court has concluded that the stipulation should be approved and that plaintiff's claims against defendant Colleen Truden as the District Attorney for the Ninth Judicial District should be dismissed without prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal of Claims Against Colleen Truden as the District Attorney for the Ninth Judicial District** [#22], filed on February 13, 2006, is **APPROVED**; and

2. That plaintiff's claims against defendant Colleen Truden, as the District Attorney for the Ninth Judicial District, is **DISMISSED WITHOUT PREJUDICE**.

Dated February 14, 2006, at Denver, Colorado.

**BY THE COURT:**

**s/ Robert E. Blackburn**
**Robert E. Blackburn**
**United States District Judge**