IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

Plaintiff,

v.

COLLEEN TRUDEN, individually,

Defendant.
_____

## ORDER
_____

The parties appeared this afternoon for a scheduling conference. I am informed that the claims against Colleen Truden as the District Attorney for the Ninth Judicial District have been dismissed, and the parties stipulate that the caption should be changed to reflect that dismissal. Accordingly,

IT IS ORDERED that the case caption is modified to reflect that the sole defendant in the case is Colleen Truden, individually. All future filings should bear a caption consistent with this order.

Dated February 24, 2006.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge