**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

    Plaintiff,

v.

COLLEEN TRUDEN,

    Defendant.

---

MINUTE ORDER[1]

---

    The Unopposed Motion to Vacate and Reschedule Trial Date [#32], filed March 10, 2006, is DENIED.  The Trial Preparation Conference Order [#27], entered February 24, 2006, is AMENDED to reflect that the fifth day of trial shall be held on Friday, **June 29, 2006**, commencing at 8:30 a.m.  Counsel are admonished to review REB Civ. Practice Standard IV.B.2.

Dated:  March 13, 2006

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.