IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

Plaintiff,

v.

COLLEEN TRUDEN, individually,

Defendant.

_____

### MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

  This matter is before the Court on the **Motion to Amend Answer** (the "Motion"), filed on March 17, 2006.

  IT IS ORDERED that the Motion is GRANTED and the defendant is to file her Amended Answer on or before **March 30, 2006**.

DATED:  March 20, 2006