IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

Plaintiff,

v.

COLLEEN TRUDEN, individually,

Defendant.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

    This matter is before the Court on the **Plaintiff's Motion to Withdraw Motion to Compel** [docket no. 45, filed May 8, 2006] (the "Motion").

    IT IS ORDERED that the Motion is GRANTED.

    IT IS FURTHER ORDERED that the Motion to Compel [docket no. 42, filed April 24, 2006] is DENIED AS MOOT, and the hearing set for May 30, 2006, is VACATED.

DATED:  May 9, 2006