**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 05-cv-02300-REB-BNB

ANTHONY F. HERSHEY,

    Plaintiff,

v.

COLLEEN TRUDEN,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

    The matter comes before the court on the **Stipulation of Dismissal With Prejudice** [#51], filed July 10, 2006. After careful review of the stipulation and the file, the court has concluded that the stipulation should be approved and that this action should be dismissed with prejudice.

    **THEREFORE, IT IS ORDERED** as follows:

    1. That the **Stipulation of Dismissal With Prejudice** [#51], filed July 10, 2006, is **APPROVED**;

    2. That this action **IS DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs;

    3. That the Trial Preparation Conference set for June 1, 2007, is **VACATED**;

    4. That the jury trial set to commence June 25, 2007, is **VACATED**; and

5.  That any pending motion is **DENIED** as moot.

Dated July 11, 2006, at Denver, Colorado.

                                           **BY THE COURT:**

                                           **s/ Robert E. Blackburn**
                                           **Robert E. Blackburn**
                                           **United States District Judge**